**Louis Allen LYNCH, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

**No. 12044.**

Circuit Court of Appeals, Fifth Circuit.

Oct. 28, 1947.

Louis Allen Lynch, for appellant, in pro. per.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tysinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before SIBLEY, HOLMES, and LEE, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

**CHARLESTON & WESTERN CAROLINA RAILWAY COMPANY, Appellant, v. Annie C. V. FLEMING et al., Appellees.**

**No. 11988.**

Circuit Court of Appeals, Fifth Circuit.

Oct. 28, 1947.

Joseph B. Cumming, of Augusta, Ga., for appellant.

Rodney S. Cohen and Rodney S. Cohen, Jr., both of Augusta, Ga., and Estes Doremus, of Atlanta, Ga., for appellee.

Before SIBLEY, HOLMES, and LEE, Circuit Judges.

PER CURIAM.

No reversible error of law appearing, and the evidence justifying the verdict, the judgment appealed from is affirmed.

**John Harry McGOUGH, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee**

**No. 11989.**

Circuit Court of Appeals, Fifth Circuit.

Oct. 28, 1947.

John Harry McGough, for appellant, in pro. per.

J. Ellis Mundy, U. S. Atty., and H. H. Tysinger and W. G. McCullvey, Jr., Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before SIBLEY, HOLMES, and LEE, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed upon the authority of Hill, Warden, v. Wampler, 298 U.S. 460, 56 S.Ct. 760, 80 L.Ed. 1283; Riddle v. Dyche, Warden, 262 U.S. 333, 43 S.Ct. 555, 67 L.Ed. 1009.

Affirmed.